# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| BARRY LYNN SIMPSON ) <br> ADC # 106378 ) <br>     Petitioner, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> RAY HOBBS, Director, ) <br> Arkansas Department of Correction ) <br>     Respondent. ) | **Case No. 5:13-CV-00256 SWW-JTK** |

## **FINAL JUDGMENT**

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 25th day of September, 2014.

/s/Susan Webber Wright

United States District Judge